B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

| | | |
|---|---|---|
| In re  **Marvel Engineering Company** | Case No. | **15-41652** |
| Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **50,000.00** |
   | Prior to the filing of this statement I have received | $ | **50,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was the proceeds of a loan by Sharon Kirby to the Debtor:

   [✓] Debtor    [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✓] Debtor    [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 29, 2015** | **/s/ ARTHUR G. SIMON** |
| *Date* | **ARTHUR G. SIMON** |
| | *Signature of Attorney* |
| | **Crane, Heyman, Simon, Welch & Clar** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777  Fax: 312-641-7114** |
| | *Name of law firm* |

---

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

EUGENE CRANE
ARTHUR G. SIMON
DAVID K. WELCH
SCOTT R. CLAR
JEFFREY C. DAN

BRIAN P. WELCH

GLENN R. HEYMAN, OF COUNSEL
THOMAS W. GOEDERT, OF COUNSEL
JOHN H. REDFIELD, OF COUNSEL

SUITE 3705
135 SOUTH LASALLE STREET
CHICAGO, ILLINOIS 60603-4297

(312) 641-6777
FAX (312) 641-7114

WWW.CRANEHEYMAN.COM

December 9, 2015

**VIA email: Marvelfilters@aol.com**

Marvel Engineering Company
c/o Sharon Kirby
6 Oak Brook Club Drive, Unit K-108
Oak Brook, IL 60523

Attn: Sharon Kirby, President

Re: Chapter 11 Bankruptcy

Dear Ms. Kirby:

This letter is to confirm the agreement reached with Marvel Engineering Company ("Debtor") concerning the retention of the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC") in connection with the representation of the Debtor in a Chapter 11 bankruptcy proceeding. After review of this letter, please sign on the signature line provided, acknowledging your understanding of the terms of our retention, and return an executed copy to our office.

Debtor has agreed to pay to CHSWC the sum of $50,000.00 as an advance payment retainer for this engagement. In consideration of the payment of this retainer, CHSWC agrees to provide legal services on the Debtor's behalf in connection with the matters upon which CHSWC has been retained. This retainer will not be held in the client trust account of CHSWC and will be treated as income by CHSWC upon its receipt, whereupon it will be deposited into the general account of CHSWC. This retainer is the property of CHSWC and the Debtor retains no legal or equitable interest in this retainer.

In the event that the legal services and expenses incurred exceed this retainer, it is understood that CHSWC shall be entitled to additional monies to account for the difference. Any portion of this retainer that is not earned or required for expenses will be refunded to the Debtor, after application of this retainer to accrued legal services and expenses.

It is understood that due to the nature of the representation and the substantial risk to CHSWC that CHSWC may receive no further fees, CHSWC is unwilling to represent the Debtor without the payment of such advance payment retainer and that the decision to pay an advance payment retainer to CHSWC was the choice of the Debtor, after consideration of other retainer options, including a security retainer. The Debtor acknowledges that the specific purpose of such advance payment retainer is to assure the Debtor of legal representation at least until such time as the retainer is

LAW OFFICES
CRANE, HEYMAN, SIMON, WELCH & CLAR

Marvel Engineering Company
December 9, 2015
Page 2

exhausted, and that the advantage to the Debtor of such a retainer, is that it provides such assurance by reducing the risk of creditor attachment of such a retainer and without the necessity of seeking bankruptcy court and/or creditor approval with respect to same.

For your information the current hourly rates for CHSWC are as follows:

| | |
|---|---|
| Eugene Crane | $495 |
| Arthur G. Simon | $495 |
| David K. Welch | $495 |
| Scott R. Clar | $495 |
| Jeffrey C. Dan | $420 |
| John H. Redfield | $395 |
| Thomas W. Goedert | $430 |
| Brian P. Welch | $300 |

The above hourly rates are subject to change on January 1 of each year. The Debtor will be charged the hourly rates in existence at the time of billing by CHSWC.

Thank you for the opportunity to be of service to the Debtor. We look forward to a successful relationship with you. Of course, should there be any questions concerning our representation, please do not hesitate to contact the undersigned.

Very truly yours,

CRANE, HEYMAN, SIMON, WELCH & CLAR

*Arthur Simon*

Arthur G. Simon

AGS/sll

AGREED, ACCEPTED AND UNDERSTOOD:

Marvel Engineering Company:

By: _____
Sharon Kirby, President