UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-41652 |
| MARVEL ENGINEERING COMPANY | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL

THIS MATTER COMING TO BE HEARD upon the Motion of MARVEL ENGINEERING COMPANY, Debtor/Debtor-in-Possession herein, for Authority to Employ Special Counsel (the "Motion"); proper notice having been provided; no objections having been interposed; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Debtor/Debtor-in-Possession, Marvel Engineering Company, an Illinois limited liability company, is hereby authorized to retain Jeffrey Asperger and Asperger Associates, LLC, as its special counsel to perform the necessary legal services as outlined in the Motion on its behalf, retroactive to December 10, 2015, with compensation subject to the further Order of this Court.

Enter: *[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  January 19, 2016

**Prepared by:**

DEBTOR'S COUNSEL:
ARTHUR G. SIMON, ESQ. (Atty. No. 03124481)
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
BRIAN P. WELCH, ESQ. (Atty. No. 6307292)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois  60603
(312) 641-6777
W:\AGS\Marvel\Employ Special Counsel Asperger.ORD