IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| MARVEL ENGINEERING COMPANY, | ) | Case No. 15-41652 |
| | ) | Judge Deborah L. Thorne |
| Debtor/Debtor-in-Possession | ) | |

**NOTICE OF MOTION**

TO: ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 27th day of September, 2016 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Deborah L. Thorne, Bankruptcy Judge, in the room usually occupied by her as courtroom 613 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion to Dismiss**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COUNTY OF COOK | ) |

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion, to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 26th day of August, 2016.

/s/Jeffrey C. Dan

**SERVICE LIST**

Kathryn Marie Gleason
United States Trustee
219 South Dearborn Street Suite 873
Chicago, IL 60604

William Hackney
John Collen
Smith Amundsen
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601

Jeffrey J. Asperger
David L. Kane
Meltzer, Purtill & Stelle, LLC
300 S. Wacker Drive, Suite 2300
Chicago, IL 60606

Asperger Associates
180 N. Stetson Ave., Ste. 3050
Chicago, IL 60601

First American Bank
1650 Louis Avenue
Elk Grove Village, IL 60007-2350

Loftus and Loftus
646 Busse Highway
Park Ridge, IL 60068

Louise B. Oland
3207 W. Armitage Ave.
Melrose Park, IL 60160

Patricia Treadway
27649 Crawford Ave.
Monee, IL 60449

The Bovard CPA Group
53 West Jackson Blvd., Ste. 201
Chicago, IL 60604

Timothy G. Thomas
3025 Carolina N.E.
Albuquerque, NM 87709

Sharon Kirby
Marvel Engineering Company
2085 N. Hawthorne Ave.
Melrose Park, IL 60160

Neil H. Levin
Shira R. Isenberg
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Michael K. Desmond
Figliulo & Silverman, PC
10 S. LaSalle St., Suite 3600
Chicago, IL 60603

Xerox Corp.
P.O. Box 802555
Chicago, IL 60680

Shar Enterprises of Chicago, LLC
2085 Hawthorne Ave.
Melrose Park, IL 60160

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| MARVEL ENGINEERING COMPANY, | ) | Case No. 15-41652 |
| | ) | Judge Deborah L. Thorne |
| Debtor/Debtor-in-Possession. | ) | |

**MOTION TO DISMISS**

Marvel Engineering Company, an Illinois limited liability company, Debtor/Debtor-in-Possession herein ("Debtor"), makes its Motion to Dismiss, and in support thereof; states as follows:

1. On December 10, 2015, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor is operating its business and managing its financial affairs as Debtor in Possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

3. By this Motion, the Debtor seeks to Dismiss this Chapter 11 bankruptcy case.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

5. This matter constitutes a core proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A).

6. The statutory predicate for the relief requested in this Motion is Section 305 of the Bankruptcy Code.

7. On October 28, 2015, an Order was entered in the Circuit Court of Cook County,

directing the Debtor to turnover the sum of $663,238.00 to First American Bank (the "Turnover Order").

8. The Turnover Order was the event that precipitated the filing of this Chapter 11 case.

9. The Debtor filed an appeal of the Turnover Order and objected to the claim of First American Bank in this Chapter 11 case.

10. Pursuant to an Order entered by this Court approving a settlement between the Debtor and First American Bank, all claims between the Debtor and First American Bank were resolved, with a third-party paying sums regarding the claims made against the Debtor.

11. With the claims of First American Bank resolved, there is no need for the Debtor to proceed with this Chapter 11 case.

12. It is in the best interests of the Debtor and all creditors for this case to be dismissed. The Debtor will pay the remaining creditors in full outside of bankruptcy.

WHEREFORE, Marvel Engineering Company, Debtor/Debtor-in-Possession herein, requests the entry of an Order Dismissing this Chapter 11 case, and granting such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

Marvel Engineering Company, an Illinois limited liability company, Debtor/Debtor-in-Possession,

By: /s/Jeffrey C. Dan
One of its Attorneys

**DEBTOR'S COUNSEL**:
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Brian P. Welch, Esq. (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705, Chicago, IL 60603
TEL: (312) 641-6777 FAX: (312) 641-7114
W:\Jeff\Marvel Engineering\Dismiss.MOT.wpd